No. 353 May 30, 2024 773

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ANTHONY MICHAEL DELAROSA,
*Defendant-Appellant.*

Washington County Circuit Court
21CR36516, 19CR08484;
A177740 (Control), A177741

Ramón A. Pagán, Judge.

Submitted April 16, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Anne Fujita Munsey, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge and Egan, Judge.

EGAN, J.

Affirmed.

**EGAN, J.**

In this consolidated appeal, defendant challenges two judgments of conviction. His appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

In Washington County Case No. 19CR08484, defendant was found to be in violation of his probation and the trial court imposed a sentence of 45 months in prison. In Washington County Case No. 21CR36516, after a jury trial, defendant was found guilty of one count of fourth-degree assault, and the trial court sentenced him to 30 months in prison consecutive to his sentence in Case No. 19CR08484.

Having reviewed the record in both cases, including the trial court files, the transcript of the hearings, and the arguments and testimony from the jury trial, and having also reviewed the *Balfour* brief, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).